■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EMMICK, Appellant.—Judgment unanimously affirmed (see, People v Pavao, 59 NY2d 282; People v Edwards, 80 AD2d 993). (Appeal from judgment of Supreme Court, Monroe County, Boomer, J.—burglary, third degree.) Present—Callahan, J. P., Denman, O'Donnell, Pine and Schnepp, JJ.